UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>BELAL S. MUHAREB; NORTH MAIN PLAZA, LLC, a California Limited Liability Company; BILLY MUHAREB; and Does 1-10,<br><br>Defendants. | Case: 2:14-CV-02122-JAM-EFB<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 1/20/2015     /s/ John A. Mendez_____
             HONORABLE JOHN A. MENDEZ
             UNITED STATES DISTRICT COURT JUDGE